**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEVERLY JEAN GIBSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER OF SOCIAL SECURITY, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 1:12-cv-00945 - JLT <br><br> ORDER DIRECTING PLAINTIFF TO COMPLY WITH THE INSTRUCTIONS FOR SERVICE OF SOCIAL SECURITY APPEALS |

On July 2, 2012, the Court ordered Plaintiff to complete and submit to the Court the "Notice of Submission of Documents in Social Security Appeal Form." (Doc. 8 at 4). The instructions issued directed Plaintiff to provide the clerk's office with the following documents:

1. The original Summons and five (5) copies of the Summons
2. Five (5) copies of the Order directing service by the U.S. Marshal
3. Five (5) copies of the Complaint
4. One completed USM-285 form addressed to the Social Security Administration

Plaintiff is instructed to comply with the instructions for service by providing correct number of copies of the above documents to the clerk's office.

///

///

1

1 | In addition, Plaintiff is admonished that **she may not add documents or exhibits** to the First
2 | Amended Complaint (Doc. 6) approved for service on July 2, 2012.

IT IS SO ORDERED.

    Dated:   **July 20, 2012**                              **/s/ Jennifer L. Thurston**
                                                                                     UNITED STATES MAGISTRATE JUDGE