UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY JEAN GIBSON,  )<br>                            )<br>        Plaintiff,       )<br>                            )<br>    v.                      )<br>                            )<br>COMMISSIONER OF SOCIAL SECURITY, )<br>                            )<br>        Defendant.       )<br>_____ ) | Case No.: 1:12-cv-00945 - JLT<br><br>ORDER DIRECTING PLAINTIFF TO COMPLY WITH THE INSTRUCTIONS FOR SERVICE OF SOCIAL SECURITY APPEALS |

On July 2, 2012, the Court ordered Plaintiff Beverly Jean Gibson ("Plaintiff") to complete and submit to the Court the "Notice of Submission of Documents in Social Security Appeal Form." (Doc. 8 at 4). The instructions issued directed Plaintiff to provide the clerk's office with the following documents:

1. The original Summons and five (5) copies of the Summons
2. Five (5) copies of the Order directing service by the U.S. Marshal
3. Five (5) copies of the Complaint
4. One completed USM-285 form addressed to the Social Security Administration

However, Plaintiff failed to comply with these instructions. In addition to failing to complete the forms required for service, Plaintiff attempted to supplement her complaint with additional exhibits and documents not approved for service by the Court. Therefore, on July 20, 2012, the Court issued an order instructing Plaintiff to comply with the instructions for service by providing the correct number of copies of the documents identified above to the Clerk's office. (Doc. 11).

1     Nevertheless, Plaintiff failed to comply with the instructions set forth in the Notice, or with the Court's order. Plaintiff failed to complete the USM-285 form and did not use the Summons issued by the Court. Further, Plaintiff provided copies of only a portion of the First Amended Complaint, and copies of other documents. The documents provided by Plaintiff failed to comply with the instructions, and are insufficient for service.

    Once again, Plaintiff is instructed to provide copies of the documents identified above to the Clerk's Office, including:

1. 5 copies of the *entire* First Amended Complaint filed on June 28, 2012 (Doc. 7);
2. 5 copies of the order approving the document for service (Doc. 8);
3. 5 copies of the Summons issued on July 2, 2012 (Doc. 10);
4. A *completed* USM-285 form addressed to the Social Security Administration.

**If Plaintiff fails to comply with this Order, the action will be dismissed for failure to obey a court order pursuant to Local Rule 110.**

IT IS SO ORDERED.

Dated:   **August 28, 2012**          **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE